```
 1  KATHRYN E. LANDRETH
    United States Attorney
 2  DANIEL G. BOGDEN
    Assistant United States Attorney
 3  Organized Crime Drug Enforcement
        Task Force
 4  100 W. Liberty Street, Suite 600
    Reno, Nevada   89501
 5  (702) 784-5438

 6  Mailing Address:
       P.O. Box 40878
 7     Reno, Nevada   89504
```

```
U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

NOV 1 3 1996

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY
```

CR-N-96-80-HDM(PHA)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | |
| Plaintiff, | ) | INDICTMENT FOR VIOLATIONS OF: |
| | ) | |
| | ) | TITLE 18, UNITED STATES CODE, |
| v. | ) | SECTION 1014 - False Statement |
| | ) | on Loan and Credit Application |
| | ) | (Count One) |
| | ) | |
| | ) | TITLE 18, UNITED STATES CODE, |
| LAWRENCE CHUNG KWONG, | ) | SECTION 1343 - Fraud by Wire |
| RAYMOND MING CHEUNG, | ) | (Count Two and Three) |
| | ) | |
| Defendants. | ) | TITLE 18, UNITED STATES CODE, |
| | | SECTION 1341 - Mail Fraud |
| | | (Counts Four) |
| | | |
| | | TITLE 18, UNITED STATES CODE, |
| | | SECTION 2314 - Interstate |
| | | Transportation of Stolen |
| | | Property (Count Five) |
| | | |
| | | TITLE 18, UNITED STATES CODE, |
| | | SECTION 2 - Aiding and Abetting |
| | | (Counts One through Five) |

THE GRAND JURY CHARGES:

## INTRODUCTION

<u>Scheme and Artifice to Defraud</u>

Beginning on a date unknown to the Grand Jury, but not later than on or about November 1, 1994 and continuing to on or about January 1, 1996, in the District of Nevada, Central District of California, District of Idaho, District of Arizona and elsewhere,

LAWRENCE CHUNG KWONG,<br>RAYMOND MING CHEUNG,

defendants herein and other individuals both known and unknown to the Grand Jury, did knowingly and willfully devise and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises from Carson City Toyota-Honda, First Security Bank of Idaho and Farmers Insurance Group of Companies, well knowing at the time that the pretenses, representations and promises would be and were false when made, the scheme and artifice so devised and intended to be devised being in substance as follows:

(a) It was part of the scheme and artifice to defraud that sometime on or before November 15, 1994, defendant LAWRENCE CHUNG KWONG recruited defendant RAYMOND MING CHEUNG, by providing defendant CHEUNG with $6,000.00 cash currency and instructing defendant CHEUNG, to obtain financing to purchase a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638 from Carson City Toyota-Mazda, 3659 South Carson, Carson City, Nevada.

(b) It was further part of the scheme and artifice to defraud that sometime on or before November 15, 1994, defendant KWONG instructed defendant CHEUNG, that once the automobile was purchased, it would be turned over to defendant KWONG who would then instruct defendant CHEUNG when to report the automobile stolen.

(c) It was further part of the scheme and artifice to defraud that in order to get financing and approval on the loan for the automobile, on or between November 15, 1994 and November 17, 1994, defendant CHEUNG would and did represent to First Security Bank of Idaho, that he was purchasing a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, as his personal automobile, well knowing that he was purchasing the vehicle on behalf of defendant KWONG, allowing the automobile to be shipped out of state and falsely reporting the automobile stolen to collect insurance proceeds.

(d) It was further part of the scheme and artifice to defraud that on or between November 15, 1994 and November 17, 1994, defendant CHEUNG would and did represent to Carson City Toyota-Mazda and First Security Bank of Idaho, that he was purchasing a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, as his personal automobile, well knowing that he was purchasing the automobile on behalf of defendant KWONG, allowing the automobile to be shipped out of state and falsely reporting the automobile stolen to collect insurance proceeds.

(e) It was further part of the scheme and artifice to defraud that on or between November 15, 1994 and November 17,

1994, defendant CHEUNG would and did represent to Farmers Insurance Group of Companies, that he was the owner of the 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, well knowing that he was purchasing the automobile on behalf of defendant KWONG, allowing the automobile to be shipped out of state and falsely reporting the automobile stolen to collect insurance proceeds.

(f) It was further part of the scheme and artifice to defraud that on or between November 17, 1994 and November 27, 1994, defendant CHEUNG gave a key to the 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, to defendant KWONG, so the automobile could be transported from the State of Nevada to a port of loading in Los Angeles, California and shipped overseas to Hong Kong, China.

(g) It was further part of the scheme and artifice to defraud that on or about January 1, 1995, defendant CHEUNG reported the 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, stolen to the Reno Police Department and filed a false police report claiming that the vehicle had been stolen, well knowing that the vehicle had not been stolen and had been given to defendant KWONG for shipment overseas.

(h) It was further part of the scheme and artifice to defraud that on January 9, 1995 and January 10, 1995, defendant CHEUNG reported the 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, stolen to Farmers Insurance Group of Companies and filed a false insurance claim and attempted to collect the proceeds of the insurance policy on the vehicle, well knowing that

4

the vehicle had not been stolen but given to defendant KWONG for shipment overseas.

(i) It was further part of the scheme and artifice to defraud that on January 26, 1995, defendant CHEUNG would provide Farmers Insurance Group of Companies a proof of loss statement concerning the alleged theft of a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, to substantiate his false insurance claim and attempt to collect the proceeds of the insurance policy on the vehicle, well knowing that the vehicle had not been stolen.

(j) It was further part of the scheme and artifice to defraud that on January 30, 1995, defendant CHEUNG negotiated a resolution of his insurance claim in the amount of $23,039.00 with Farmers Insurance Group of Companies for the alleged theft of a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, well knowing that the vehicle had not been stolen.

(k) It was further part of the scheme and artifice to defraud that on February 6, 1995, defendant CHEUNG received $23,039.00 from Farmers Insurance Group of Companies for the alleged theft of a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, well knowing that the vehicle had not been stolen.

## COUNT ONE
### TITLE 18, UNITED STATES CODE, SECTION 1014
### (False Statement on Loan and Credit Application)

On or between November 15, 1994 and November 17, 1994, in the District of Nevada, District of Idaho and elsewhere,

**LAWRENCE CHUNG KWONG,**
**RAYMOND MING CHEUNG,**

defendants herein and other individuals both known and unknown to the Grand Jury, knowingly made a material false statement for the purpose of influencing the action of First Security Bank of Idaho, a federally insured banking institution, in connection with an application for financing and an automobile loan, in that the defendant CHEUNG did represent to First Security Bank of Idaho, that he was purchasing a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, as his personal automobile, when in truth and in fact, as the defendant well knew, he was purchasing the vehicle on behalf of defendant KWONG for the purpose of having the automobile shipped overseas and to subsequently report it stolen. Said scheme and artifice to defraud is more particularly described in paragraphs 1(a) through (k) of the Introduction and allegations contained therein are incorporated by reference as if set out in full;

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT TWO
### TITLE 18, UNITED STATES CODE, SECTION 1343
### (Fraud by Wire)

On or between November 15, 1994 and November 17, 1994, in the District of Nevada, District of Idaho and elsewhere,

**LAWRENCE CHUNG KWONG,**
**RAYMOND MING CHEUNG,**

defendants herein and other individuals both known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud and obtain money and property by false pretenses, for the purpose of executing and in order to effect the scheme and artifice to defraud and obtain money and property, did cause to be transmitted in interstate commerce by means of a wire communication certain signs, signals, and sounds, namely a facsimile concerning the approval of a bank loan on a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, from First Security Bank of Idaho, P.O. Box 7069, Boise, Idaho 83730 to Carson City Toyota-Mazda, 3659 South Carson, Carson City, Nevada. Said scheme and artifice to defraud is more particularly described in paragraphs 1(a) through (k) of the Introduction and allegations contained therein are incorporated by reference as if set out in full;

All in violation of Title 18, United States Code, Sections 1343 and 2.

**COUNT THREE**
TITLE 18, UNITED STATES CODE, SECTION 1343
(Fraud by Wire)

On or about January 24, 1995, in the District of Nevada, District of Arizona and elsewhere,

LAWRENCE CHUNG KWONG,
RAYMOND MING CHEUNG,

defendant herein and other individuals both known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud and obtain money and property by false pretenses, for the purpose of executing and in order to effect the scheme and artifice to defraud and obtain money and property, did cause to be transmitted in interstate commerce by means of a wire communication certain signs, signals, and sounds, namely a facsimile concerning authority to pay $23,039.00 on an insurance claim concerning a a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, from Farmers Insurance Group of Companies, Phoenix, Arizona to the Reno Branch Claims Office, 480 E. Moana Lane, Reno, Nevada. Said scheme and artifice to defraud is more particularly described in paragraphs 1(a) through (k) of the Introduction and allegations contained therein are incorporated by reference as if set out in full;

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FOUR
### TITLE 18, UNITED STATES CODE, SECTION 1341
### (Mail Fraud)

On or about January 26, 1995, in the District of Nevada and elsewhere,

**LAWRENCE CHUNG KWONG,**
**RAYMOND MING CHEUNG,**

defendants herein and other individuals both known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud and obtain money and property by false pretenses, for the purpose of executing and in order to effect the scheme and artifice to defraud and obtain money and property, did knowingly cause to be sent, delivered, mailed and moved by the United States Postal Service and private and commercial carriers and to be delivered according to the directions thereon, a letter addressed to Farmers Insurance Group of Companies, Branch Claims Office, P.O. Box 12067, Reno, Nevada 89520-2067, which contained a Proof of Loss affidavit concerning the theft of a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638. Said scheme and artifice to defraud is more particularly described in paragraphs 1(a) through (k) of the Introduction and allegations contained therein are incorporated by reference as if set out in full;

All in violation of Title 18, United States Code, Sections 1341 and 2.

**COUNT FIVE**
TITLE 18, UNITED STATES CODE, SECTION 2314
(Interstate Transportation of Stolen Property)

On or between November 17, 1994 and November 27, 1994, in the District of Nevada, the Central District of California, and elsewhere,

LAWRENCE CHUNG KWONG,
RAYMOND MING CHEUNG,

defendants herein and other individuals both known and unknown to the Grand Jury, did unlawfully transport and cause to be transported in interstate commerce from the State of Nevada, to Los Angeles, California, property taken by fraud, to wit, a 1994 Toyota Camry automobile, VIN # JT20K13E1R0071638, of a value of $5,000.00 or more, knowing the same to have been taken by fraud;

All in violation of Title 18, United States Code, Sections 2314 and 2.

Dated this _13th_ day of November, 1996.

A TRUE BILL:

_____
FOREPERSON

KATHRYN E. LANDRETH
United States Attorney

_Daniel G. Bogden_
DANIEL G. BOGDEN
Assistant United States Attorney
Organized Crime Drug Enforcement
    Task Force

10